IN THE SUPREME COURT OF THE STATE OF KANSAS

Bar Docket No. 25474

In the Matter of ANTHONY R. SMITH,
*Respondent.*

ORDER OF DISBARMENT

This court admitted Anthony R. Smith to the practice of law in Kansas on September 28, 2012. The court administratively suspended Smith's license on September 27, 2022, due to his noncompliance with registration and continuing legal education requirements. See Supreme Court Rule 206(f) (2022 Kan. S. Ct. R. at 257), as amended effective July 1, 2022 (suspension from the practice of law for failure to comply with annual attorney registration requirements); Supreme Court Rule 810 (2022 Kan. S. Ct. R. at 617), as amended effective July 1, 2022 (suspension from the practice of law for failure to comply with continuing legal education rules).

On December 20, 2023, Smith's request to voluntarily surrender his license was submitted to the Office of Judicial Administration under Supreme Court Rule 230(a) (2023 Kan. S. Ct. R. at 290). At the time, Smith faced a hearing before the Kansas Board for Discipline of Attorneys on a formal complaint filed by the Disciplinary Administrator. That complaint alleged Smith had violated Kansas Rules of Professional Conduct 1.1 (2023 Kan. S. Ct. R. at 327) (competence), 1.3 (2023 Kan. S. Ct. R. at 331) (diligence), 1.4 (2023 Kan. S. Ct. R. at 332) (communication), 1.16(d) (2023 Kan. S. Ct. R. at 377) (terminating representation), 8.1(b) (2023 Kan. S. Ct. R. at 431) (failing to respond to a lawful demand for information), 8.4(d) (2023 Kan. S. Ct. R. at 433) (conduct prejudicial to the administration of justice), as well as Supreme Court Rule 206(o) (2023 Kan. S. Ct. R. at 260) (duty to update attorney registration information), and Supreme Court Rule 210(b) (2023 Kan. S. Ct. R. at 263) (duty to timely respond to a request for information).

1

This court accepts Smith's surrender of his Kansas law license, disbars Smith pursuant to Rule 230(b), and revokes Smith's license and privilege to practice law in Kansas.

The court orders the Office of Judicial Administration to strike the name of Anthony R. Smith from the roll of attorneys licensed to practice law in Kansas effective the date of this order.

The court notes that under Rule 230(b)(1)(C), any pending board proceeding or case terminates effective the date of this order. The Disciplinary Administrator may direct an investigator to complete a pending investigation to preserve evidence. The court further notes that the following fees had accrued and remain unpaid at the time of this order:

- The $200 annual registration fee for the 2022-2023 licensing period under Rule 206(b).
- The $150 late fee due for failure to pay the annual registration fee for the 2022-2023 licensing period under Rule 206(e).
- The $75 fee due for noncompliance with continuing legal education requirements under Rule 809(c) (2022 Kan. S. Ct. R. at 617).

Finally, the court directs that this order be published in the Kansas Reports, that the costs herein be assessed to Smith, and that Smith comply with Supreme Court Rule 231 (2023 Kan. S. Ct. R. at 292).

Dated this 25th day of January 2024.